1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7                 FOR THE DISTRICT OF ARIZONA
8   Arleen Uerling,                    )   No.  CV-15-01417-PHX-SPL
                                        )
9                     Plaintiff,        )
                                        )   **ORDER**
10  vs.                                 )
                                        )
11                                      )
    Johnston Brothers II, LLC, et al.,  )
12                                      )
                     Defendants.        )
13                                      )
    _____)
14
15         Pursuant to Plaintiff's Notice (Doc. 12),

16         **IT IS ORDERED** that this matter is dismissed without prejudice.

17         **IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

18         Dated this 20th day of November, 2015.

19
20
21                                    Honorable Steven P. Logan
                                      United States District Judge
22
23
24
25
26
27
28